UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAN ALLEN DAHLSTROM,

      Plaintiff,

v.   Case No. 10-CV-12542
    Honorable Denise Page Hood

MICHIGAN STATE POLICE TROOPER TROY
BONADURER,

      Defendant.

_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date March 28, 2013, this cause of action is **DISMISSED.** Accordingly, judgment is entered in favor of Defendant and against Plaintiff.

Dated at Detroit, Michigan this 28th day of March, 2013

      DAVID J. WEAVER
      CLERK OF THE COURT

      BY: s/LaShawn Saulsberry

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 28, 2013, by electronic and/or ordinary mail.

      S/LaShawn R. Saulsberry
      Case Manager